No. 04–1175. WYOMING SAWMILLS, INC. v. UNITED STATES FOREST SERVICE ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–1207. BANNON, AS PARENT AND NATURAL GUARDIAN OF HARRIS, ET AL. v. SCHOOL DISTRICT OF PALM BEACH COUNTY ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–1225. ADAMS ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 04–1226. ADAMS ET AL. v. WALKER, COMPTROLLER GENERAL OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–1239. CARDENAS-GARCIA ET AL. v. TEXAS TECH UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1249. INTERNATIONAL BROTHERHOOD OF TEAMSTERS v. CONTINENTAL AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 04–1270. RIOS ET AL. v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 04–1286. GOSWAMI v. AMERICAN COLLECTIONS ENTERPRISE, INC.; and
No. 04–1440. AMERICAN COLLECTIONS ENTERPRISE, INC. v. GOSWAMI. C. A. 5th Cir. Certiorari denied.

No. 04–1292. PEMCO AEROPLEX, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 11th Cir. Certiorari denied.

No. 04–1300. MACIAS-PLACENCIA v. GONZALES, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 04–1303. BOARD OF EDUCATION FOR WARREN COMMUNITY UNIT SCHOOL DISTRICT No. 205 ET AL. v. BAIRD. C. A. 7th Cir. Certiorari denied.